IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:24-cr-00473-BHH |
| | ) | |
| v. | ) | |
| | ) | |
| **Stephanie Bowers** | ) | |
| | ) | |

### ORDER GRANTING CONTINUANCE

This matter came before the Court on motion of the Government, with no objection by the defendant, for a continuance of this case beyond the next term of court. On April 2, 2025, the Court received a written joint motion for a continuance to the term of court beginning June 12, 2025.

In reaching the conclusion that the proposed continuance is appropriate, the Court has balanced the best interest of the public and the Defendant in a speedy trial against the ends of justice, and finds that the latter outweighs the former. The Court finds that a continuance will allow appropriate time needed to review discovery and negotiate a resolution of the case.

Therefore, the Court finds that this continuance is justified under the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and the Court specifically finds, based on the entire record before it, that the ends of justice served by the granting of this continuance outweighs the interests of the public and the Defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial of this case is continued until the term of court beginning June 12, 2025, and that any period of delay is hereby excluded in computing the time within which trial must begin pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

IT IS SO ORDERED.

                                      s/ Bruce Howe Hendricks
                                      THE HONORABLE BRUCE H. HENDRICKS
                                      UNITED STATES DISTRICT JUDGE

April  4 , 2025
Charleston, South Carolina