IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:24-cr-00473 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **STEPHANIE BOWERS** | ) | |
| | ) | |

The Government's Motion to dismiss the Indictment as to the above-captioned defendant is hereby granted, and it is ordered and decreed that the Indictment in 2:24-cr-473 against **STEPHANIE BOWERS** be dismissed in the interests of justice being best served.

                                                               s/ Bruce Howe Hendricks
                                                               Bruce Howe Hendricks
                                                               United States District Judge

October  7 , 2025
Charleston, South Carolina